THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* THOMAS DAGHITA, Appellant.

Submitted April 10, 1950; decided April 14, 1950.

*Frederick B. Bryant, District Attorney,* for motion to dismiss appeal.

*Victor Levine* for motion for enlargement of time to argue and in opposition to motion to dismiss appeal.

Motion to dismiss appeal denied. Motion for enlargement of time granted and case set down for argument during the second week of the session to begin May 15, 1950.